ACCEPTED
12-15-00031-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/18/2015 4:38:24 PM
CATHY LUSK
CLERK

No. 12-15-00031-CR

IN THE COURT OF APPEALS OF THE STATE OF TEXAS

TWELFTH SUPREME JUDICIAL DISTRICT

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/18/2015 4:38:24 PM
CATHY S. LUSK
Clerk

---

MITZI GAIL ALLGOR,
APPELLANT

V.

THE STATE OF TEXAS

---

TRIAL COURT CAUSE NO. CF1302373

COUNTY COURT AT LAW, NACOGDOCHES COUNTY, TEXAS

## MOTION FOR EXTENSION OF TIME FOR FILING STATE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW, THE STATE OF TEXAS, by and through the undersigned Nacogdoches County Assistant County Attorney, and respectfully request that this Honorable Court grant an Extension of Time for Filing the State's Brief. The present date for filing the Brief is Friday, June 19, 2015, and it is respectfully requested that said time be extended to July 24, 2015.

For cause, The State would show unto the Court as follows:

I.

The State seeks an extension of time for the following reasons:

1. The Nacogdoches County Attorney's Office is staffed by four attorneys. Presently, the

office is burdened with an ever-increasing caseload, which requires the full-time attention of all four attorneys.

2. The undersigned Assistant County Attorney has been involved in preparing for numerous trials, trial settings, other Court hearings, and appellate work in both criminal cases and cases involving Children's Protective Services, which prevented counsel from reading the Statement of Facts, reviewing the law as pertaining to those facts and preparing the brief.

III.

This is the first extension requested. The State respectfully requests that it be given an extension until July 24, 2015, to file its brief.

IV.

This motion is urged at the first opportunity, as The State will suffer irreparable harm if it is not granted.

WHEREFORE, PREMISES CONSIDERED, The State prays that this Honorable Court grant this Extension of Time in which to file The State's Brief.

Respectfully submitted,

_____

Stephanie Stephens
Assistant County Attorney
101 W. Main, No. 230
Nacogdoches, Texas 75961
936.560.7788
Fax 936.560.7809
Bar #19160055

THE STATE OF TEXAS                    §

COUNTY OF NACOGDOCHES                 §

BEFORE ME, the undersigned authority, on this day personally appeared Stephanie Stephens who after being duly sworn upon his oath did depose and state:

"My name is Stephanie Stephens and I am the attorney of record for the the State of Texas in the foregoing entitled and numbered cause. I am familiar with the facts and allegations contained in the foregoing Motion for Extension of Time for Filing the State's Brief, and they are true and correct to the best of my knowledge."



_____
Stephanie Stephens

SUBSCRIBED AND SWORN to before me this the 18th day of June, 2015.

_____
Notary Public, in and for
State of Texas

PATRICIA LITTLETON
My Commission Expires
August 28, 2016

## CERTIFICATE OF SERVICE

I, Stephanie Stephens, hereby certify that a true and correct copy of the Motion for Extension of Time for Filing the State's Brief has been served upon the Appellant by sending the same through U.S. Mail to her attorney, Noel Cooper, Appellate Counsel for Appellant, 117 North Street, Suite, 2, Nacogdoches, Texas 75961.

DATE: June 18, 2015.

_____
Stephanie Stephens